CHARLES B. LAWSON, as Administrator of CHARLES RUPPERT, Deceased, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Lawson* v. *Metropolitan Street Ry. Co.,* 40 App. Div. 307, affirmed.
(Argued February 7, 1901; decided February 26, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

26, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Charles F. Brown* and *Henry A. Robinson* for appellant.

*William C. Beecher* and *Samuel Scoville, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not voting: GRAY, J.